```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00425
    SYLVESTER WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1216

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 01/10/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

     The case was dismissed after confirmation 03/17/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG     7115.96            .00         7115.96
COUNTRYWIDE                UNSECURED       NOT FILED            .00             .00
BANK OF NEW YORK           MORTGAGE ARRE     5848.21            .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     2507.49            .00             .00
ACC CONSUMER FINANCE       SECURED VEHIC    18400.83         150.07         2609.12
ROBERT J ADAMS & ASSOC     PRIORITY       NOT FILED            .00             .00
BOB WATSON CHEVROLET       UNSECURED      NOT FILED            .00             .00
COMCAST                    UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          318.75           .00             .00
SUNRISE CREDIT SERVICES    UNSECURED        12962.11           .00             .00
FISHER & SHAPIRO           SECURED NOT I        .00            .00             .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       6.33            .00            6.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     3,000.00                         202.17
TOM VAUGHN                 TRUSTEE                                          715.75
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 10,799.40

PRIORITY                                           6.33
SECURED                                        9,725.08
    INTEREST                                     150.07
UNSECURED                                           .00
ADMINISTRATIVE                                   202.17
TRUSTEE COMPENSATION                             715.75
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  10,799.40              10,799.40

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00425 SYLVESTER WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 00425 SYLVESTER WILLIAMS